# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMANDA ALMANZA,<br><br>    Plaintiff,<br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 4:20-cv-00125-ALM<br><br>Honorable Judge Amos L. Mazzant |

## ORDER OF DISMISSAL

Plaintiff, AMANDA ALMANZA ("Plaintiff"), by and through her attorneys, Sulaiman Law Group., having filed with this Court a Notice of Voluntary Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by the Court that GC SERVICES LIMITED PARTNERSHIP is hereby dismissed from the above cause of action with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

 SIGNED this 5th day of May, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE